# EXHIBIT 6

US009101791B2

# (12) United States Patent
**Boyette**

(10) **Patent No.: US 9,101,791 B2**
(45) **Date of Patent: Aug. 11, 2015**

(54) **SYSTEMS AND METHODS FOR OPTIMIZING MUSCLE DEVELOPMENT**

(71) Applicant: **Robert B. Boyette**, Wall Township, NJ (US)

(72) Inventor: **Robert B. Boyette**, Wall Township, NJ (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **14/554,640**

(22) Filed: **Nov. 26, 2014**

(65) **Prior Publication Data**

US 2015/0080184 A1 Mar. 19, 2015

**Related U.S. Application Data**

(63) Continuation of application No. 14/450,785, filed on Aug. 4, 2014, now Pat. No. 8,900,099.

(60) Provisional application No. 61/862,159, filed on Aug. 5, 2013.

(51) **Int. Cl.**
***A63B 24/00*** (2006.01)

(52) **U.S. Cl.**
CPC ............ ***A63B 24/0075*** (2013.01); ***A63B 24/00*** (2013.01)

(58) **Field of Classification Search**
CPC ........................... A63B 24/00; A63B 24/0075
USPC ......................................... 482/1–9, 900–902
IPC ...................................................... A63B 24/00
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,828,257 | A * | 5/1989 | Dyer et al. | 482/5 |
| 4,865,315 | A * | 9/1989 | Paterson et al. | 482/5 |
| 4,934,694 | A * | 6/1990 | McIntosh | 482/9 |
| 8,287,434 | B2 * | 10/2012 | Zavadsky et al. | 482/5 |
| 8,574,130 | B1 * | 11/2013 | Stearns et al. | 482/8 |
| 8,900,097 | B1 * | 12/2014 | Griggs et al. | 482/4 |
| 2010/0216600 | A1 * | 8/2010 | Noffsinger et al. | 482/5 |
| 2014/0287876 | A1 * | 9/2014 | Etter et al. | 482/5 |

* cited by examiner

*Primary Examiner* — Glenn Richman
(74) *Attorney, Agent, or Firm* — Lowenstein Sandler LLP

(57) **ABSTRACT**

Systems and methods for optimizing muscle development are disclosed. A method includes identifying one or more parameters of a user and force data associated with the user. The force data corresponds to an exercise to be performed by the user. The method further includes generating an exercise program to be executed using an exercise device, and determining a resistance to be applied by the exercise device during execution of the exercise program. The resistance is determined based at least partially on the force data and the one or more parameters of the user.

**10 Claims, 12 Drawing Sheets**



Case 2:26-cv-00355-JRG-RSP Document 1-6 Filed 05/01/26 Page 3 of 26 PageID #: 283






FIG. 1


212
EXERCISE DEVICE
200
211
210
201
208
209A
MOTOR
CONTROL UNIT
202
209B
206
MOTOR
204
205

FIG. 2A


EXERCISE SYSTEM 220
223
224A
224B
222A
222B
221A
221B
226

FIG. 2B


EXERCISE SYSTEM 230
233
234A
234B
232A
232B
231
236
238A
238B
238C
238D

FIG. 2C


PROGRAM MANAGEMENT COMPONENT 300
CLIENT INTERFACE MODULE 302
EXERCISE DEVICE INTERFACE MODULE 304
PROGRAM GENERATION MODULE 306
SCHEDULING MODULE 308
DATA SYNCHRONIZATION MODULE 310
NETWORK 150
DATA STORE 140
USER DATA 320A
EXERCISE PROGRAM DATA 322A
EXERCISE HISTORY DATA 324A
USER DATA 320Z
EXERCISE PROGRAM DATA 322Z
EXERCISE HISTORY DATA 324Z

FIG. 3


400
Start
Receive sign-in data from a user
402
Is the user a new user?
404
NO
YES
Receive parameters of the user
406
Generate exercise program
Execute method 500
408
Receive user initialization data
Execute method 600
410
Initialize exercise program
412
Execute exercise program
Execute method 700
414
End

FIG. 4


500
Start
Identify goal
502
Maintenance
Athlete
Growth
Identify parameters for "maintenance" program
504
Identify parameters for "growth" program
506
Identify parameters for "athlete" program
508
Generate set table data based on identified parameters
510
Update set table data based on body type
512
Generate schedule data
514
Store exercise program data including the set table data and the schedule data
516
End

FIG. 5


600
Start
Select an exercise from exercise program data 602
Generate instructions for the selected exercise 604
Generate one-rep max data for the selected exercise
Execute method 650
606
Store one-rep max data in program data 608
All exercises selected? 610
YES
NO
Select next exercise from program data 612
End

FIG. 6A


650
Start
Determine start position for an exercise
652
Store start position and cause motor of exercise device to lock
654
Generate instructions for user to perform the exercise
656
Measure force applied by user
658
Store measured force as one-rep max data
660
End

FIG. 6B


700
Start
Retrieve exercise program and user exercise history
702
Start program timer
704
Select exercise set
706
Set resistance and speed for exercise
708
Generate instructions for user to perform exercise
710
Enforce repetition
Execute method 750
712
Set complete?
714
NO
YES
Program complete?
716
NO
Rest
718
YES
Save progress and update exercise program
Execute method 780
720
End

FIG. 7A


750
Start
Motion Detected? 752
NO
Generate instruction to user to start rep 754
YES
Regulate speed of rep 756
End of range reached? 758
NO
YES
Generate instruction to release 760
Speed exceeds threshold? 762
YES
Generate indication to user and hold position until force reaches force threshold 764
NO
Delay 768
End of release reached? 766
NO
YES
End

FIG. 7B


780
Start
Number of sets equal to 2? 782
YES
Increment reps by 1 for each set of exercise 784
Increment number of sets 786
Reps increased by 20%? 788
NO
YES
Increase resistance by 5% and reset sets and reps to original values 790
Resistance increased by 50%? 792
NO
YES
Set exercise speed to slower speed 794
Speed less than minimum speed? 796
YES
NO
Generate new program
Execute method 500
798
End

FIG. 7C


COMPUTER SYSTEM 800
PROCESSOR 802
INSTRUCTIONS 826
ASSOCIATION COMPONENT 840
MAIN MEMORY 804
INSTRUCTIONS 826
PROGRAM MANAGEMENT COMPONENT 300
STATIC MEMORY 806
NETWORK INTERFACE DEVICE 822
NETWORK 874
BUS 808
VIDEO DISPLAY 810
ALPHA-NUMERIC INPUT DEVICE 812
CURSOR CONTROL DEVICE 814
DATA STORAGE DEVICE 818
COMPUTER-READABLE MEDIUM 824
INSTRUCTIONS 826
PROGRAM MANAGEMENT COMPONENT 300
SIGNAL GENERATION DEVICE 820

FIG. 8

# SYSTEMS AND METHODS FOR OPTIMIZING MUSCLE DEVELOPMENT

## CROSS-REFERENCE TO RELATED APPLICATION

This application is a continuation of U.S. patent application Ser. No. 14/450,785, filed Aug. 4, 2014, which claims the benefit of priority of U.S. Provisional Application No. 61/862,159, filed Aug. 5, 2013, both of which are hereby incorporated by reference herein in their entireties.

## TECHNICAL FIELD

This disclosure relates to the field of exercise devices, in particular, to exercise devices and systems designed to optimize muscle development.

## BACKGROUND

Exercise equipment is often designed to provide a user with pre-defined exercise plans that may adapt to the user's performance. However, such equipment often focuses on increasing cardiovascular endurance but fails to optimize muscle development by not taking into account maximum exertion levels of the user as well as muscle recovery time. Moreover, such equipment can be difficult to set up and expensive, and does not provide the goal-driven direction that the user may receive from working with a personal trainer.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present disclosure is illustrated by way of example, and not by way of limitation, in the figures of the accompanying drawings, in which:

FIG. **1** illustrates an example system architecture in accordance with an implementation of the disclosure;

FIG. **2**A is a block diagram illustrating features of an exercise device in accordance with an implementation of the disclosure;

FIG. **2**B illustrates an exercise system according to an implementation of the disclosure;

FIG. **2**C illustrates an exercise system according to another implementation of the disclosure;

FIG. **3** is a block diagram illustrating features of a program management component according to an implementation of the disclosure;

FIG. **4** is a flow diagram illustrating a method for generating an exercise program according to an implementation of the disclosure;

FIG. **5** is a flow diagram illustrating a method for scheduling an exercise program according to an implementation of the disclosure;

FIG. **6**A is a flow diagram illustrating a method for calibrating an exercise program according to an implementation of the disclosure;

FIG. **6**B is a flow diagram illustrating a method for determining a maximum amount of resistance a user is capable of applying to an exercise device according to an implementation of the disclosure;

FIG. **7**A is a flow diagram illustrating a method for executing an exercise program according to an implementation of the disclosure;

FIG. **7**B is a flow diagram illustrating a method for updating an exercise program according to an implementation of the disclosure;

FIG. **7**C is a flow diagram illustrating for enforcing a repetition according to an implementation of the disclosure; and

FIG. **8** is a block diagram illustrating an exemplary computer system for use in accordance an implementation of the disclosure.

## DETAILED DESCRIPTION

Described herein are systems and methods for optimizing muscle development. The described implementations may facilitate the development of an optimized exercise program for a specific user. An exercise system, as described herein, may play the role of a personal trainer to guide the user through the optimized exercise program and maintain a record of his/her performance. Moreover, the exercise system may combine motorized exercise equipment with a portable device of the user, such as a smart phone, providing a personalized and user-friendly interface.

Unlike traditional exercise equipment, the implementations described herein may be performed without training and with minimal setup on the part of the user. When the user starts out, and if the user is a new user, the system may request biographical parameters, such as name, age, weight, and sex. The user may then be asked to specify his/her goal (e.g., to get stronger, to stay in shape, etc.), and how much time the user is willing to spend achieving that goal. The user may also be asked to provide user-proposed times for when he/she would prefer to exercise. Based on these parameters, the system may automatically calculate the optimal training program for that specific user. The system may generate a schedule of workout sessions, including which specific exercises to perform, on which dates/times the exercises are to be performed, how many sets and repetitions per set to perform, etc. The system may then initialize the first exercise, ask the user to perform one repetition to his/her maximum ability (e.g., to measure the user's one-rep maximum), and based on the one-rep maximum, as well as biographical data and the user's goals, set the appropriate resistance for the user. The user may then be instructed to perform a number of repetitions at these settings. When the exercise is completed, the system may repeat the calibration process to setup for the next muscle group until the exercise session is completed, or may initialize all exercises prior to instructing the user to performing the repetitions of each of the exercises.

In one aspect, a method includes identifying a plurality of parameters of a user and generating an exercise program based at least partially on the plurality of parameters. The exercise program includes a plurality of exercises, and for each of the plurality of exercises, the method further includes identifying one-rep maximum data associated with the exercise, in which the one-rep maximum data was captured by the exercise device during operation by the user. The method further includes, for each of the plurality of exercises, determining, for the exercise, a resistance to be applied by the exercise device during execution of the exercise program, in which the resistance is determined based at least partially on the one-rep maximum data associated with the exercise.

In another aspect, a method includes generating for display, by a client device, a first indication to a user instructing the user to start performing an exercise using an exercise device, in which the exercise device includes a handle located at a first position. The method further includes, in response to detecting displacement of the handle from the first position, causing the exercise device to maintain a first pre-defined speed of the handle as the handle is displaced from the first position to a second position. The method further includes detecting that the handle is located at the second position. The

method further includes generating for display, by the client device, a second indication to the user instructing the user to displace the handle to the first position. The method further includes, in response to detecting displacement of the handle from the second position, causing the exercise device to maintain a second pre-defined speed of the handle as the handle is displaced from the second position to the first position.

In another aspect, an exercise device includes a housing. The housing includes a motor, a motor control unit operatively coupled to the motor, a spool operatively coupled to the motor, and a tension gauge communicatively coupled to the motor control unit. The exercise device further includes a tension line having a first end and a second end, in which the first end is connected to the spool, and at least a portion of the tension line is contained within the housing. The tension gauge may be configured to measure at least one of a force applied to the tension line or a rotational velocity of the spool. The exercise device further includes a handle connected to the second end of the tension line.

In one or more of the disclosed implementations, systems (e.g., systems including memories, processing devices, etc.) for performing operations of the aforementioned methods are also disclosed. Additionally, in implementations of the disclosure, a computer-readable storage medium (e.g., a non-transitory computer-readable storage medium) may store methods for performing the operations of the aforementioned methods.

FIG. **1** illustrates an example system architecture **100**, in accordance with an implementation of the disclosure. The system architecture **100** includes client devices **110**A-**110**Z, an exercise server **120**, exercise devices **130**A-**130**Z, a data store **140**, and a network **150**.

In one implementation, the client devices **110**A-**110**Z may each include computing devices such as personal computers (PCs), laptops, mobile phones, smart phones, tablet computers, netbook computers etc. Client devices **110**A-**110**Z may also be referred to as "user devices". An individual user may be associated with (e.g., own and/or use) one or more client devices (e.g., one or more of client devices **110**A-**110**Z). Client devices **110**A-**110**Z may each be owned and utilized by different users at different locations. As used herein, a "user" may refer generally to an individual operator of one or more of client devices **110**A-**110**Z and/or one or more of exercise devices **130**A-**130**Z.

The client devices **110**A-**110**Z may each implement user interfaces **112**A-**112**Z, respectively. Each of user interfaces **112**A-**112**Z may allow a user of the respective client device **110**A-**110**Z to send/receive information to/from the exercise server **120** and any of exercise devices **130**A-**130**Z. For example, one or more of the user interfaces **112**A-**112**Z may be a web browser interface that can access, retrieve, present, and/or navigate content (e.g., web pages such as Hyper Text Markup Language (HTML) pages) provided by the exercise server **120**. In one implementation, one or more of the user interfaces **112**A-**112**Z may be a standalone application (e.g., a mobile app), which may have been provided by the exercise server **120** (e.g., as a downloadable application), that allows a user of a respective client device **110**A-**110**Z to send and receive information to the exercise server **120**. In one implementation, the user interfaces **112**A-**112**Z guide their respective users in performing personalized exercise programs. Each of the client devices **110**A-**110**Z may include local storages **114**A-**114**Z, respectively, for storing user interface data, exercise program data, exercise history, user preference information, etc. In some implementations, some or all of the data stored in one or more of the local storages **114**A-**114**Z may be synchronized with the exercise server **120**.



In one implementation, the exercise server **120** may be one or more computing devices (such as a rackmount server, a router computer, a server computer, a personal computer, a mainframe computer, a laptop computer, a tablet computer, a desktop computer, etc.), data stores (e.g., hard disks, memories, databases), networks, software components, and/or hardware components. The exercise server **120** may include a program management component **300** (which may be executed by a processing device of the exercise server **120**) that is capable of generating an exercise program for a user, updating the exercise program, synchronizing exercise program data between one or more devices, and interfacing with one or more of exercise devices **130**A-**130**Z (e.g., controlling and receiving feedback from one or more of exercise devices **130**A-**130**Z). In some implementations, the program management component **300** may be implemented on a different device than exercise server **120**. For example, in some implementations, one or more of the client devices **110**A-**110**Z may implement the program management component **300** (or at least some of the functionality of the program management component **300**). In some implementations, one or more of the exercise devices **130**A-**130**Z may implement the program management component **300** (or at least some of the functionality of the program management component **300**). In some implementations, some or all of the functionality of the program management component **300** may be distributed across one or more of the client devices **110**A-**110**Z and one or more of the exercise devices **130**A-**130**Z. In some implementations, the exercise server may be omitted from the system architecture **100**.

In one implementation, the exercise server **120** may maintain records of one or more users' activities with respect to one or more of the client devices **110**A-**110**Z and/or one or more of the exercise devices **130**A-**130**Z. For example, the exercise server may be an exercise server **120** operated and/or maintained by a doctor, therapist (e.g., a physical therapist), insurance provider, exercise facility, etc. that allows for monitoring of the activity/progress of one or more users of the exercise devices **130**A-**130**Z. As an example, a physical therapist may monitor the progress of a user (e.g., a patient recovering from injury) of the exercise device **130**A to track the progress and/or recovery of the user over time, while updating the exercise program periodically to adapt to the user's progress. As another example, an insurance provider may provide a discount to a user of the exercise device **130**A provided that monitored activity of the user satisfies a threshold activity requirement (e.g., that the user successfully performs one or more periodically scheduled exercises with the exercise device **130**A). In some implementations, users may share their progress and results with others by transmitting their associated exercise history data to a social media service.

In one implementation, the exercise devices **130**A-**130**Z may be used by one or more users to perform a variety of different exercises. The users may be the same as or different from the users of the client devices **110**A-**110**Z. As an example, a user of the exercise device **130**A may also be a user of the client device **110**A. As another example, a user of the exercise device **130**A may be different than a user of the client device **110**A. As another example, a user may operate the exercise device **130**A while simultaneously operating the client device **110**A. As another example, a user may operate one or more of the exercise devices **130**A-**130**Z without operating any of client devices **110**A-**110**Z. As another example, a user may operate one or more of the client devices **110**A-**110**Z without operating any of the exercise devices **130**A-**130**Z. As another example, a first user may operate the exer-

cise device **130**A while a second user operates the client device **110**A (e.g., the second user supervises the first user). As another example, a first user may operate two or more of the exercise devices **130**A-**130**Z while simultaneously operating client device **110**A. The foregoing examples are meant for illustrative purposes, as any number of users may use/operate any of the client devices **110**A-**110**Z and the exercise devices **130**A-**130**Z in accordance with the implementations described herein, as would be appreciated by one of ordinary skill in the art. Moreover, the client devices **110**A-**110**Z do not necessarily map to the exercise devices **130**A-**130**Z, respectively. For example, the client device **110**B may send/receive information to/from the exercise device **130**A.

In one implementation, each of the exercise devices **130**A-**130**Z includes motor control units **132**A-**132**Z, respectively. In one implementation, one or more of the motor control units **132**A-**132**Z includes a microprocessor (e.g., a complex instruction set computing (CISC) microprocessor, a reduced instruction set computing (RISC) microprocessor, a very long instruction word (VLIW) microprocessor, a processor implementing other instruction sets, or processors implementing a combination of instruction sets) and/or a special-purpose processing device (e.g., an application specific integrated circuit (ASIC), a field programmable gate array (FPGA), a digital signal processor (DSP), or a network processor). In one implementation, one or more of the motor control units **132**A-**132**Z includes a network interface for communicating with other devices (e.g., via the network **105**).

The motor control units **132**A-**132**Z may control an amount of resistance experienced by a user of a respective exercise device, a relative location of an exercise device component (e.g., a handle), a speed of the exercise device component (e.g., a rate at which a handle is or can be moved), etc. In one implementation, one or more of the motor control units **132**A-**132**Z may be controlled by one or more of the client devices **110**A-**110**Z. For example, the client device **110**A may transmit an instruction (e.g., via the network **150**) to the exercise device **130**A, which may cause the motor control unit **132**A to rotate or lock a motor of the exercise device **130**A. In one implementation, one or more of the motor control units **132**A-**132**Z may transmit information to one or more of the client devices **110**A-**110**Z. For example, the motor control unit **132**A may transmit (e.g., via the network **150**) data indicative of a force applied to a component of the exercise device **130**A (e.g., force applied to a handle by a user), a relative position of the component, a speed of the component (e.g., a speed at which a handle is being pushed or pulled by the user), etc. In one implementation, one or more of client devices **110**A-**110**Z may be combined with one or more of exercise devices **130**A-**130**Z. In one implementation, one or more of the exercise devices may be combined with the exercise server **120**.

In one implementation, some or all of the exercise devices **130**A-**130**Z may include local storages **134**A-**134**Z. Each of the local storages **134**A-**134**Z may store data before, after, and during the execution of an exercise program. In one implementation, one or more of the local storages **134**A-**134**Z may store data as it is generated during an exercise session. For example, local storage **134**A may store handle displacement, handle speed (e.g., handle displacement versus time), resistance (e.g., generated by the motor), applied force (e.g., force applied by the user), etc. recorded as a user performs an exercise with the exercise device **130**A. In one implementation, one or more of exercise devices **130**A-**130**Z may download exercise program data from one or more of the client devices **110**A-**110**Z and/or the exercise server **120**. For example, the motor control unit **132**A may be a programmable device (e.g., an FPGA) that executes the exercise program in accordance with the downloaded exercise program data stored in the local storage **134**A. The exercise program data may include instructions that cause the motor control unit **132**A to actuate a motor of the exercise device **130**A, lock the motor, measure or record data (e.g., force applied to a component of the exercise device **130**A, speed of the component, displacement of the component, etc.), transmit data (e.g., to one or more of the client devices **110**A-**110**Z and/or the exercise server **120**), etc.

In one implementation, the data store **140** may be a memory (e.g., random access memory), a cache, a drive (e.g., a hard drive), a flash drive, a database system, or another type of component or device capable of storing data. The data store **140** may also include multiple storage components (e.g., multiple drives or multiple databases) that may also span multiple computing devices (e.g., multiple server computers), and may be cloud-based. In some implementations, the data store **140** may be a part of the exercise server **120**. In some implementations, the data store **140** may be distributed among and accessible to one or more of the client devices **110**A-**110**Z, the exercise server **120**, and one or more of the exercise devices **130**A-**130**Z. One or more of the devices of the system architecture **100** may utilize the data store **140** to store public and private data, and the data store **140** may be configured to provide secure storage for private data.

In one implementation, the network **150** may include a public network (e.g., the Internet), a private network (e.g., a local area network (LAN) or wide area network (WAN)), a wired network (e.g., Ethernet network), a wireless network (e.g., an 802.11 network or a Wi-Fi network), a cellular network (e.g., a Long Term Evolution (LTE) network), routers, hubs, switches, server computers, and/or a combination thereof. In some implementations, the network **150** may be a combination of different types of networks. In one implementation, one or more of the exercise devices **130**A-**130**Z may communicate directly with one or more of the client devices **110**A-**110**Z. For example, the exercise device **130**A may include a Bluetooth device that sends/receives data to/from the client device **110**A.

FIG. **2**A is a block diagram illustrating features of an exercise device **200** in accordance with an implementation of the disclosure. The exercise device **200** may be the same as or similar to any of the exercise devices **130**A-**130**Z described with respect to FIG. **1**. As illustrated in FIG. **2**A, the exercise device **200** includes a housing **201**, which contains a motor control unit **202**, a motor **204** (which may contain one or more sets of gears), a spool **206**, and a tension gauge **208**. The motor **204** may be operatively coupled to the spool **206** by a drive shaft **205** that can rotate or lock the spool **206**. A tension line **210** may be wrapped around the spool **206** and fed through the tension gauge **208**. At least a portion of the tension line **210** is contained within the housing **201** at any given time, while a remaining portion is outside of the housing **201**. A first end of the tension line **210** may be connected to the spool **206**, while a second end is connected to a handle **212**. The handle **212** may be held by a user while performing an exercise, as illustrated in FIGS. **2**B and **2**C.

In one implementation, the motor control unit **202** is communicatively coupled to the motor **204**. The motor control unit may be similar to any of the motor control units **132**A-**132**Z described with respect to FIG. **1**. The motor control unit **202** may cause the motor **204** to rotate the spool **206** in two directions, lock its rotation, and/or adjust a speed of rotation. In one implementation, the tension gauge **208** is communicatively coupled to the motor control unit **202**. The tension gauge **208** may measure a tension of the tension line **210** and

a rotational speed of the spool **206**. The motor control unit **202** may use measurement data received in real-time from the tension gauge **208** as feedback for controlling the motor **204** in order to adjust a location of the handle **212**, create slack in the tension line **210**, adjust a resistance of the exercise device **200** (e.g., resistance experienced by a user who is pulling on the handle **212**), regulate and/or enforce a speed of an exercise, limit a range of motion of an exercise, etc. It is noted that the use of the tension line **210**, tension gauge **208**, and spool **206** are illustrative, and that the exercise device **200** may utilize mechanical arms, weight stacks (e.g., which may contain computer-controlled mechanical components that automatically adjust the resistance of the weight stack), other components, or combinations thereof, as would be appreciated by one of ordinary skill in the art.

In one implementation, the motor control unit **202** may measure a force applied by a user to the handle **212**. In one implementation, the force may be measured by measuring a counter-force generated by the motor **204** to balance the applied force. For example, the motor control unit **202** may measure a motor current that drives the motor **204**, and compute the force based on the measured motor current. In one implementation, the applied force may be measured using spring loaded pulleys **209**A and **209**B of the tension gauge **208**. For example, the applied force to the tension line **210** may cause the spring loaded pulleys **209**A and **209**B to be displaced, providing a measurable signal to the motor control unit **202** that may be used to compute the applied force. In one implementation, the tension line **210** includes a load cell **211** that may be used to transduce the applied force into an electrical signal. In one implementation, the load cell **211** may be communicatively coupled to the motor control unit **202**. For example, the load cell **211** may connect directly to the tension gauge **208** and/or the motor control unit **202** with a wired connection. As another example, a transmitter may be located in the handle **212** that transmits the electrical signal measured by the load cell **211** to the motor control unit **202** wirelessly. In some implementations, the motor control unit **202** may use some or all of the aforementioned methods for measuring the applied force, as well as other suitable methods as would be appreciated by one of ordinary skill in the art.

In one implementation, the housing **201** encloses less than all of the components (e.g., the motor control unit **202**, the motor **204**, the drive shaft **205**, the spool **206**, and the tension gauge **208**) of the exercise device **200**. In one implementation, the housing **201** is omitted entirely. In one implementation, the housing encloses additional components not shown. For example, a client device (e.g., any of client devices **110**A-**110**Z) may be combined with the exercise device **200** such that a display of the client device is integrally formed into an exterior surface of the housing **201**. In one implementation, the exercise device **200** may include additional motors, spools, tension gauges, and tension lines. In one implementation, multiple exercise devices may be combined or arranged together as an "exercise system". In one implementation, the exercise system includes one or more client devices (e.g., client devices **110**A-**110**Z) and/or one or more exercise servers (e.g., exercise server **120**).

FIG. **2**B illustrates an exercise system **220** according to an implementation of the disclosure. The exercise system **220** includes exercise devices **221**A and **221**B, each including tension lines **222**A and **222**B, respectively, and handles **224**A and **224**B, respectively. The exercise devices **221**A and **221**B may be the same or similar to the exercise device **200** described with respect to FIG. **2**A. Each of the exercise devices **221**A and **221**B are disposed on opposite ends of an upper surface of a platform **226**. In some implementations, other arrangements of the exercise devices **221**A and **221**B may be used. For example, the platform **226** may be omitted in favor of using a frame-like structure to which the exercise devices **221**A and **221**B are attached. In some implementations, additional exercise devices may be used. In some implementations, one exercise device (e.g., **221**A) may be included depending on the exercise. In some implementations, one or more of the exercise devices **221**A and **221**B are removable. In some implementations, the platform **226** may include multiple attachment locations for attaching exercise devices. In some implementations, the positions of the exercise devices **221**A and **221**B may be adjustable on the platform **226**.



FIG. **2**B depicts a user **223** standing on the platform **226** while gripping and pulling handles **224**A and **224**B to perform an exercise (e.g., standing curls). In one implementation, the exercise system **220** may also include a client device (e.g., one of client devices **110**A-**110**Z), which may be used/operated by the user **223** while the user is performing an exercise with exercise system **220**. The client device may include a display screen, and may be placed in front of the user to guide the user **223** while performing the exercise. In one implementation, the exercise system **220** may include a mount for placing the client device in front of the user **223**. In one implementation, the user **223** may wear the client device while performing the exercise. For example, when wearing the client device, the client device may provide audio and/or tactile cues (e.g., vibrations) to guide the user **223** through the exercise.

FIG. **2**C illustrates an exercise system **230** according to another implementation of the disclosure. Exercise system **230** is similar to the exercise system **220**, except that exercise system **220** includes a single exercise device **231** located at a central region of a platform **236**. The exercise device **231** includes two tension lines **232**A and **232**B, which may each be connected to spools and one or more motors (e.g., a single motor that drives both spools or a motor for each spool). The tension lines **232**A and **232**B may be directed below the platform **236**, to outer edges of the platform **236**, and up through the platform **236** by a plurality of pulleys **238**A-**238**D, as illustrated.

In one implementation, one or more of the exercise systems **220** and **230** (as well as variations of the exercise systems **220** and **230**) include heart rate monitoring capabilities. In one implementation, heart rate sensors are built into handles of the exercise device (e.g., handles **224**A, **224**B, **234**A, and **234**B), and the handles may be electronically coupled together. The handles may transmit heart rate signals through their respective tension lines to motor control units within the exercise devices, or with other wired connections. In one implementation, the handles may include transmitters that transmit the heart rate signals wirelessly (e.g., to one or more client devices and/or one or more motor control units). In one implementation, a heart rate monitor may be worn the user (e.g., user **223** and/or **233**). The heart rate monitor may be a client device, or be attached to a client device. In one implementation, a measured heart rate may serve as an indicator to vary parameters of a currently executed exercise program. For example, if the measured heart rate exceeds a threshold value, the exercise system may reduce resistance of one or more exercise devices dynamically during the execution of the exercise program to keep the user's heart rate within a predetermined range. Similarly, if the measured heart rate is below a threshold value (e.g., after a time duration of performing the exercise and/or it is determined that the heart rate

has minimally increased from a starting heart rate), the exercise system may dynamically increase the resistance of one or more exercise devices.

In one implementation, two or more exercise devices may be used to simultaneously measure and compare the strength of a user's limbs to determine if there are strength imbalances between the limbs. For example, the exercise device **220**A may measure a force applied by the user's right arm while the exercise device **220**B measures a force applied by the user's left arm (e.g., while trying to determine a maximum amount of force that the user is capable of applying by each arm). An imbalance percentage may correspond to an absolute difference between the two forces divided by the larger of the two forces. In one implementation, the system may determine that an imbalance exists if the imbalance percentage is 5% or greater. In one implementation, the system may determine that an imbalance exists if the imbalance percentage is 10% or greater. In one implementation, the system may determine that an imbalance exists if the imbalance percentage is 15% or greater. In one implementation, a message may be generated (e.g., generated for display by one of the client devices **110**A-**110**Z) that indicates to the user that an imbalance was detected. In one implementation, a resistance correction may be applied to correct the imbalance. For example, if the left arm is weaker than the right arm, a resistance experienced by the left arm may be decreased based on the resistance correction (e.g., decreased with respect to the resistance experienced by the right arm). In one implementation, the resistance correction may be the same as the imbalance percentage.

FIG. **3** is a block diagram illustrating features of a program management component **300** in accordance with an implementation of the disclosure. The program management component **300** may be the same as its identically named counterpart of FIG. **1**. In one implementation, the program management component **300** includes a client interface module **302**, an exercise device interface module **304**, a program generation module **306**, a scheduling module **308**, and a data synchronization module **310**. More or less components may be included in the program management component **300** without loss of generality. For example, two or more of the modules may be combined into a single module, or one of the modules may be divided into two or more modules. In one implementation, one or more of the modules may reside on different computing devices (e.g., different server computers, on a client device, distributed among multiple client devices, etc.). For illustrative purposes, the program management component **300** is described as being implemented by the exercise server **120** of FIG. **1**, but it may be implemented at least partially by any of the client devices **110**A-**110**Z and any of the exercise devices **130**A-**130**Z. For example, a client device (e.g., client device **110**A) may be programmed to perform some or all of the functions of the program management component **300**. When the program management component **300** is implemented on a client device, any functions described with respect to the program management component **300** that "receive", "transmit", "generate", "retrieve", "identify", "determine", "select", etc., are understood to refer to functions performed by sub-systems or sub-modules within the client device rather than across a network (e.g., the network **150**), as would be appreciated by one of ordinary skill in the art.

In some implementations, if the program management component **300** is implemented on an exercise server (e.g., the exercise server **120**), the program management component **300** may utilize the client interface module **302** to send/receive data to/from one or more client devices (e.g., client devices **110**A-**110**Z) and/or exercise devices (e.g., exercise devices **130**A-**130**Z). The client interface module **302** may store/retrieve user data **320**A-**320**Z in/from the data store **140** (e.g., via the network **150**). For example, the user data **320**A may correspond to a first user, the user data **320**B may correspond to a second user, etc. Each of user data **320**A-**320**Z may store exercise program data **322**A-**322**Z, respectively, and exercise history data **324**A-**324**Z, respectively. For example, exercise program data **322**A may include, but is not limited to, parameters related to a particular exercise program of a user (e.g., user height, weight, age, sex, exercise goal, etc.), one or more set tables that lists exercises (along with their associated resistances, repetitions (also referred to herein as "reps"), and numbers of sets), and exercise program schedule data (e.g., dates and times at which exercises are to be performed). In addition, the exercise program data **322**A may also include data indicative of a maximum resistance at which a user can successfully perform a single repetition (referred to herein as "one-rep maximum" data). As a further example, exercise history data **324**A may include, but is not limited to, data related to previously performed exercises and whether or not the previously performed exercises were successfully performed. In one implementation, some or all of user data **320**A-**320**Z may be stored on a respective client device or exercise device (e.g., on one or more local storages **114**A-**114**Z and/or local storages **134**A-**134**Z). In one implementation, the client interface module **302** may work in conjunction with the data synchronization module **310** to synchronize data stored across each of the local storages and the data store **140** in response to the data synchronization module **310** determining that updated data has become available.

In some implementations, if the program management component **300** is implemented on one or more client devices and/or one or more exercise devices, the client interface module **302** may be omitted or implemented as a local user interface (e.g., one of user interfaces **112**A-**112**Z). In such implementations, user data may still be stored and maintained in the data store **140** or be locally maintained (e.g., in one of local storages **114**A-**114**Z and/or local storages **134**A-**134**Z).

In one implementation, the program management component **300** utilizes the exercise device interface module **304** to send/receive data to/from one or more motor control units of exercise devices (e.g., one or more of the motor control units **132**A-**132**Z). In some implementations, the exercise device interface module **304** may directly instruct the one or more motor control units to execute an exercise program (e.g., by adjusting resistance, displacing handles, etc.). In some implementations, the exercise device interface module **304** may transmit exercise program data to the one or more motor control units, which may be downloaded and stored by the one or more motor control units (e.g., using one or more of the local storages **134**A-**134**Z) and executed. In one implementation, the one or more motor control units may receive a signal from the exercise device interface module to execute the exercise program.

In one implementation, the program management component **300** utilizes the program generation module **306** to automatically generate an exercise program for a user. The functionality of the program generation module **306** will be described in detail below with respect FIGS. **4-6**.

In one implementation, the program management component **300** utilizes the scheduling module **308** to generate exercise program schedule data for a user. The functionality of the scheduling module **308** will be described in detail below with respect FIG. **5**.

FIG. **4** is a flow diagram illustrating a method **400** for generating an exercise program according to an implementation of the disclosure. The method **400** may be performed by

processing logic that includes hardware (e.g., circuitry, dedicated logic, programmable logic, microcode, etc.), software (e.g., instructions run on a processing device to perform hardware simulation), or a combination thereof. In one implementation, the method **400** may be performed by the program management component **300**, which may be implemented by one or more of the client devices **110**A-**110**Z, the exercise server **120**, one or more of the exercise devices **130**A-**130**Z, or combinations thereof. In one implementation, the method **400** may be performed at least partially by a user interface of a client device (e.g., any of user interfaces **112**A-**112**Z of client devices **110**A-**110**Z, respectively) as described with respect to in FIG. **1**.

Referring to FIG. **4**, the method **400** begins at block **402** where sign-in data is received from a user. For example, a user may use a client device (e.g., one of client devices **110**A-**110**Z) to sign into his/her exercise program account (which may correspond to one or more of user data **320**A-**320**Z). For example, the exercise program account may be maintained by an exercise server (e.g., exercise server **120**). In some implementations, the exercise program account may be maintained locally on the client device. In one implementation, block **402** is performed by the client interface module **302**.

At block **404**, a determination is made as to whether the user is a new user. If it is determined that an exercise program account does not exist for the user, the method **400** proceeds to block **406**. Otherwise, the method **400** proceeds to block **412**.

At block **406**, a plurality of parameters of the user are received (e.g., as user inputs to a client device). The parameters may include, but are not limited to, age, weight, height, sex, any pre-existing medical conditions or indicators (e.g., the user has congestive heart failure, the user is a diabetic, the user is or is not healthy enough for sexual intercourse, etc.), a goal of the exercise program (e.g., maintain current muscle, muscle growth, athlete/high performance training, etc.), etc. In one implementation, the parameters may be received via a user interface of a client device (e.g., one of user interfaces **112**A-**112**Z). In one implementation, the parameters may be received directly at an exercise server (e.g., the exercise server **120**), or received by a client device and transmitted to the exercise server (e.g., via the network **150**). In one implementation, the parameters may be received from more than one client device and/or the exercise server. For example, some of the parameters may be received by a first client device (e.g., from the user who will be performing the exercises), and other parameters may be received by a second client device or received directly at the exercise server (e.g., from a doctor, therapist, insurance provider, personal trainer, etc.). In one implementation, the parameters may be stored in a data store (e.g., stored as user data **320**A of the data store **140**).

At block **408**, an exercise program is generated (e.g., based at least partially on the plurality of parameters. The exercise program includes a plurality of exercises (e.g., stored as a data structure). In one implementation, block **408** is performed by the program generation module **306**. In one implementation, block **408** may further execute a method **500**, which is described below with respect to FIG. **5**.

Reference is now made to FIG. **5**, which is a flow diagram illustrating the method **500** for scheduling an exercise program according to an implementation of the disclosure. The method **500** may be performed by processing logic that includes hardware (e.g., circuitry, dedicated logic, programmable logic, microcode, etc.), software (e.g., instructions run on a processing device to perform hardware simulation), or a combination thereof. In one implementation, the method **500** may be performed by the program management component **300**, which may be implemented by one or more of the client devices **110**A-**110**Z, the exercise server **120**, one or more of the exercise devices **130**A-**130**Z, or combinations thereof. In one implementation, the method **500** may be performed at least partially by a user interface of a client device (e.g., any of user interfaces **112**A-**112**Z of client devices **110**A-**110**Z, respectively) as described with respect to in FIG. **1**.



Referring to FIG. **5**, the method **500** begins at block **502**, where a goal of a user is identified. For example, the goal may have been designated by the user as one of the parameters received during the execution of block **406** of the method **400**. In one implementation, the goal may correspond to, but is not limited to, muscle maintenance (to maintain current muscle with little to no growth), muscle growth (to increase the amount of muscle), and athlete/high performance (to increase muscle growth and endurance). In some implementations, other goals may be designated by the user.

In one implementation, if the goal is muscle maintenance, then method **500** proceeds to block **504** where parameters corresponding to a maintenance-specific exercise program are identified (e.g., high number of reps, low resistance). If the goal is muscle growth, then method **500** proceeds to block **506** where parameters corresponding to a growth-specific exercise program are identified (e.g., medium number of reps, high resistance). If the goal is athlete/high performance, then method **500** proceeds to block **508** where parameters corresponding to an athlete-specific exercise program are identified (e.g., high number of reps, high resistance). The parameters of each of the exercise programs may be identified, for example, by retrieving the parameters from a data store (e.g., the data store **140**), an exercise server (e.g., the exercise server **120**), or another source.

At block **510**, set table data is generated based on the identified parameters. In one implementation, the set table data may be in the form of a data structure that includes a plurality of exercises, with each exercise having an associated number of sets, an associated number of reps per set, an associated resistance (e.g., force), and an associated repetition speed (e.g., amount of time per rep). The set table data may also include rest time durations that are to occur between each exercise set and/or rest time durations that are to occur between each exercise. In one implementation, the generated set table data may be stored with other data associated with the user (e.g., stored as user data **320**A in the data store **140**).

At block **512**, the set table data is updated based on a body type of the user, and/or other parameters of the user. The body type may be ectomorph, endomorph, mesomorph, or combinations thereof.

At block **514**, schedule data is generated. In one implementation, the schedule data is generated by the scheduling module **308**. The schedule data may include a plurality of workout sessions that are scheduled for different days. The workout sessions may include a single exercise or multiple exercises (e.g., as defined in the set table data). In some implementations, the schedule data is generated such that there is a minimum number of days between sessions that contain the same exercise, so as to provide recovery time for the muscle groups that are worked by the exercise. In one implementation, the scheduling module **308** may compute a total workout time for each of the plurality of workout sessions. For example, a total workout time may take into account the number of exercises to be performed in the workout session, an amount of repetitions, a repetition speed, a number of sets, a rest time duration between the sets, a rest time duration between the exercises, a time duration for initialization, etc. In one implementation, the schedule data is generated based

at least partially on a goal of the user. For example, a user may have specified a goal to increase leg strength. Accordingly, the scheduling module **308** may group leg exercises together in scheduled exercise sessions such that leg exercises occur more frequently in the exercise program than other types of exercises.

In one implementation, calendar data corresponding to a calendar of the user may be received (e.g., imported by one of client devices **110**A-**110**Z, one of the exercise devices **130**A-**130**Z, and/or the exercise server **120**). In some implementations, the calendar data may be retrieved from a remote source (e.g., an e-mail server), or may be retrieved from local storage. In one implementation, the schedule data may be generated based on the received calendar data. For example, the schedule data may be generated to avoid conflicts (e.g., scheduling conflicts) with the calendar data. In one implementation, reserved blocks of time may be identified in the calendar data, and the schedule data may schedule workout sessions that avoid overlap with the reserved blocks of time. In one implementation, the user may schedule the workout sessions directly (e.g., with the user interface **112**A of the client device **110**A). In one implementation, the user may provide one or more user-preferred times that he/she would like to exercise (e.g., which may indicate one or more of preferred start and end times), and the calendar data may be generated based at least partially on the one or more user-preferred times.

At block **516**, exercise program data is stored (e.g., stored locally on one of client devices **110**A-**110**Z, stored in the data store **140**, etc.), with the exercise program data containing the set table data and the schedule data. The method **500** ends after block **516**.

Referring once again to FIG. **4**, after executing the method **500**, the method **400** proceeds to block **410** where user initialization data is received. In one implementation, block **410** is performed by the client interface module **302**. In one implementation, block **410** may further execute a method **600**, which is described below with respect to FIGS. **6**A and **6**B.

Reference is now made to FIGS. **6**A and **6**B, which are flow diagrams illustrating, respectively, the method **600** for calibrating an exercise program according to an implementation of the disclosure and a method **650** for determining a maximum amount of resistance a user is capable of applying to an exercise device according to an implementation of the disclosure. The methods **600** and **650** may each be performed by processing logic that includes hardware (e.g., circuitry, dedicated logic, programmable logic, microcode, etc.), software (e.g., instructions run on a processing device to perform hardware simulation), or a combination thereof. In some implementations, the methods **600** and **650** may each be performed by the program management component **300**, which may be implemented by one or more of the client devices **110**A-**110**Z, the exercise server **120**, one or more of the exercise devices **130**A-**130**Z, or combinations thereof. In some implementations, the methods **600** and **650** may each be performed at least partially by a user interface of a client device (e.g., any of user interfaces **112**A-**112**Z of client devices **110**A-**110**Z, respectively) as described with respect to in FIG. **1**.

Referring to FIG. **6**A, the method **600** is initiated at block **602**, where an exercise is selected from the exercise program data. For example, the selected exercise may be selected from the table set data in a sequential manner.

At block **604**, instructions for a user to perform the selected exercise are generated (e.g., with one of client devices **110**A-**110**Z and/or the exercise devices **130**A-**130**Z). For example, if the selected exercise is a squat, a client device of the user may generate for display a visual depiction of how the user is



to stand while prior to performing the squat and how to hold on to handles of one or more exercise devices. The client device may also generate for display a video of an individual performing squats. In some implementations, the client device may generate audio instructions. In one implementation, the client device may generate an indication as to when the exercise is to be performed (e.g., a countdown).

At block **606**, one-rep maximum data is generated for the selected exercise. In one implementation, block **606** is performed by the program generation module **306**. In one implementation, block **606** may further execute the method **650**, which is described below with respect to FIG. **6**B.

Referring to FIG. **6**B, the method **650** begins at block **652** where a start position is determined for the exercise. In one implementation, the start position may be determined by prompting the user (e.g., using the client device) to assume a position for performing the exercise while holding onto one or more handles of respective exercise devices, and then determining a relative displacement of the one or more handles. At block **654**, the start position is stored (e.g., locally or in the data store **140**) and one or more motors of respective exercise devices are locked. In one implementation, the client device causes the one or more motors to be locked by transmitting an indication to one or more respective motor control units of the one or more motors.

At block **656**, instructions are generated that instruct the user to perform a repetition of the exercise while exerting as much force as possible. In one implementation, the motor may generate a counter-force to attempt to balance the force applied by the user, while also allowing the user to perform the full range of motion of the repetition. At block **658**, force data (e.g., the force applied by the user) is measured (e.g., using one or more tension gauges, such as tension gauge **208**) during the repetition, and a one-rep maximum is computed. In one implementation, a one-rep maximum is computed by averaging the force data over a duration of the repetition (e.g., an average force). At block **660**, the computed one-rep maximum is stored as one-rep maximum data (e.g., in the data store **140**).

Referring once again to FIG. **6**A, after executing the method **650**, the method **600** proceeds to block **608** where the generated one-rep maximum data is stored (e.g., stored with user data **320**A in the data store **140**). In one implementation, the one-rep maximum data is stored with set table data. In one implementation, a resistance is computed for the selected exercise based at least partially on the one-rep maximum data for the selected exercise and based at least partially on one or more parameters of the user (e.g., exercise goal, body type, etc.). For example, if the exercise goal is “maintenance”, the computed resistance may be 70% of a one-rep maximum resistance. As another example, if the exercise goal is “growth”, the computed resistance may be 80% of a one-rep maximum resistance. As another example, if the exercise goal is “athlete”, the computed resistance may be 90% of a one-rep maximum resistance. In one implementation, the computed resistance may be added to the set table data, or may replace a previously stored resistance in the set table data, for the selected exercise. In one implementation, the computed resistance may be designated as an initial resistance value of the exercise program (e.g., the designation may be stored as exercise history data **324**A), which may be used downstream when updating the exercise program data.

At block **610**, a determination is made as to whether all exercises have been selected (e.g., whether one-rep maximum data has been generated for all exercises in the exercise program). If it is determined that not all exercises have been

selected, then the method **600** proceeds back to block **612** in which the next exercise is selected. Otherwise, the method **600** ends.

Tables 1-4 illustrate set table data generated for exercise programs based on different user parameters. It is noted that the exercises listed are illustrative, and any suitable number and type of exercise may be included. Moreover, the exercises may be performed at different times according to schedule data generated for the exercise program. In each table, one-rep maxima and resistances are given in pounds, and repetition speed is given in seconds per rep. In one implementation, one or more of Tables 1-4 may have been generated as set table data as a result of executing methods **500**, **600**, and **650** (e.g., using the program generation module **306**).

Table 1 illustrates a set table for a maintenance program, and Table 2 illustrates a set table for a growth program. It is noted that the initial parameters differ between Tables 1 and 2 in terms of resistance, reps, sets, and rep speed. For example, the resistances correspond to 60% and 80% of the respective one-rep maxima of Tables 1 and 2. Table 3 illustrates a set table for a growth program generated for a user with an endomorphic body type. Table 3 is similar to Table 2 in terms of one-rep maxima for each exercise, except that Table 3 has taken into account the user's body type (e.g., which may have been entered as a parameter at block **406**). For example, for a user with a mesomorphic body type, the set table data may include resistances that are 50% of the respective one-rep maxima for each exercise, a higher number of reps, and faster reps. This may account for a user that is out of shape and/or lacks sufficient strength to perform the exercises compared to another individual (e.g., a mesomorph) who may be naturally suited for high resistance training. Table 4 illustrates a set table for an athlete program generated for a user with a mesomorphic body type. The resistances for each exercise are 90% of the respective one-rep maxima of each exercise, and the number of reps for each exercise may be higher than for a growth program. In some implementations, and as illustrated in Table 4, a user who selects his/her goal as "athlete" may be provided with additional options to adjust/edit the generated exercise program. For example, a user that is a high performance athlete may specify additional goals (such as "increase upper body strength"), which may result in a heavier focus on upper body exercises, as shown in Table 4.

TABLE 1

Example Maintenance Program Set Table

| Exercise | One-Rep Max. | Resistance | Reps | Sets | Rep Speed |
|---|---|---|---|---|---|
| Squats | 150 | 90 | 10 | 2 | 4 |
| Curls | 80 | 48 | 10 | 2 | 4 |
| Shoulder Press | 60 | 36 | 10 | 2 | 4 |

TABLE 2

Example Growth Program Set Table

| Exercise | One-Rep Max. | Resistance | Reps | Sets | Rep Speed |
|---|---|---|---|---|---|
| Squats | 150 | 120 | 8 | 3 | 8 |
| Curls | 80 | 64 | 8 | 3 | 8 |
| Shoulder Press | 60 | 48 | 8 | 3 | 8 |



TABLE 3

Example Growth Program Set Table for an Endomorph

| Exercise | One-Rep Max. | Resistance | Reps | Sets | Rep Speed |
|---|---|---|---|---|---|
| Squats | 150 | 75 | 20 | 3 | 4 |
| Curls | 80 | 40 | 20 | 3 | 4 |
| Shoulder Press | 60 | 30 | 20 | 3 | 4 |

TABLE 4

Example Athlete Program Set Table for a Mesomorph

| Exercise | One-Rep Max. | Initial Res. | Reps | Sets | Rep Speed |
|---|---|---|---|---|---|
| Flies | 120 | 108 | 12 | 3 | 8 |
| Curls | 80 | 72 | 12 | 3 | 8 |
| Shoulder press | 120 | 108 | 12 | 3 | 12 |
| Tricep extensions | 80 | 72 | 12 | 3 | 8 |

Referring once again to FIG. **4**, after executing the method **600**, the method **400** proceeds to block **412** where the exercise program is initialized. In one implementation, the exercise program may be initialized by the user selecting an option (e.g., using one of the client devices **110**A-**110**Z) indicating that he/she wishes to begin the exercise program. In one implementation, exercise program data may be downloaded to one or more exercise devices of the user.

At block **414**, the exercise program is executed. In one implementation, block **408** is performed by the exercise device interface module **304**. In one implementation, block **414** may further execute a method **700**, which is described below with respect to FIG. **7**A.

Reference is now made to FIGS. **7**A-**7**C are flow diagrams illustrating, respectively, the method **700** for executing an exercise program according to an implementation of the disclosure, a method **750** for updating an exercise program according to an implementation of the disclosure, and a method **780** for enforcing a repetition according to an implementation of the disclosure. The methods **700**, **750**, and **780** may each be performed by processing logic that includes hardware (e.g., circuitry, dedicated logic, programmable logic, microcode, etc.), software (e.g., instructions run on a processing device to perform hardware simulation), or a combination thereof. In some implementations, the methods **700**, **750**, and **780** may each be performed by the program management component **300**, which may be implemented by one or more of the client devices **110**A-**110**Z, the exercise server **120**, one or more of the exercise devices **130**A-**130**Z, or combinations thereof. In some implementations, the methods **700**, **750**, and **780** may each be performed at least partially by a user interface of a client device (e.g., any of user interfaces **112**A-**112**Z of client devices **110**A-**110**Z, respectively) as described with respect to in FIG. **1**.

Referring to FIG. **7**A, the method **700** is initiated at block **702** when exercise program data and exercise history data is retrieved (e.g., from the data store **140**).

At block **704**, a program timer is started. In one implementation, the program timer may be used to keep track of how long it takes a user to perform the exercise program. At the end of the method **700**, the program timer may stop, and a total length of time measured by the program timer may be stored with exercise history data.

At block **706**, an exercise set is selected. In one implementation, the exercise set may be selected based on schedule data. For example, if a particular exercise (e.g., standing curls) is scheduled to be performed at or near (e.g., within one to two hours) the current time, then standing curls will be selected as the exercise set to be performed. In one implementation, the exercise set may be selected in response to determining that the exercise is the next scheduled exercise to be performed (e.g., based on exercise history data). In one implementation, a user may select (e.g., using one of client devices **110**A-**110**Z) the exercise set to perform.

At block **708**, a resistance and speed is set for the selected exercise. For example, the resistance and speed may be identified within set table data (e.g., stored in the data store **140**). In one implementation, the resistance and speed may be transmitted from a client device (e.g., one of client devices **110**A-**110**Z) to one or more exercise devices (e.g., one or more of exercise devices **130**A-**130**Z).

At block **710**, instructions for performing the selected exercise may be generated (e.g., generated for display by one of client devices **110**A-**110**Z). At block **712**, a repetition of the exercise is enforced. In one implementation, block **710** is performed by the exercise device interface module **304**. In one implementation, block **710** may further execute the method **750**, which is described below with respect to FIG. 7B.

Referring to FIG. 7B, the method **750** begins at block **752** where a determination is made as to whether motion has occurred within an exercise device of the user. For example, a client device (e.g., one of client devices **110**A-**110**Z) may receive an indication from one or more exercise devices (e.g., one of exercise devices **130**A-**130**Z) as to whether or not the user has caused a respective handle of the one or more exercise devices to move beyond a pre-defined threshold (e.g., the user has applied a force to the handle displacing it by half of an inch). If no motion is detected, then the method **750** proceeds to block **754** where the user is instructed (e.g., by generating a visual or audio instruction) to perform the exercise. If motion is detected, then the method **750** proceeds to block **756** where a repetition speed is regulated. In one implementation, the repetition speed may be regulated such that the repetition speed is approximately (e.g., within 10-20%) of a target repetition speed of the exercise, as defined in the set table data. In one implementation, the repetition speed is regulated by the client device and/or a motor control unit of the exercise device. The client device may utilize feedback from the exercise device to ensure that the repetition speed is approximately equal to the target repetition speed by, for example, causing an increase in resistance if the user is displacing the handle of the exercise device faster than the target repetition speed. In one implementation, the repetition speed is regulated by generating (as a visual display and/or as an audio cue), with the client device, a counter that counts up to the total time for the repetition. For example, if the user is to displace the handle of the exercise device from a first position to a second position (e.g., fully relaxed to fully flexed) over a time duration (e.g., 8 seconds), the client device may generate a counter that counts up to the time duration (e.g., a count of 1, 2, 3, etc. up to 8 seconds).

At block **758**, a determination is made as to whether an end of a range of the repetition has been reached. In one implementation, range may correspond to 90% of the maximum range of motion. In other implementations, other ratios of the maximum range may be used. If the end of the range has been reached, then the method **750** proceeds to block **760** where the user is instructed to begin releasing. In one implementation, a delay (e.g., 1 second) may occur between determining that the end of the range has been reached and instructing the user to begin releasing. If the end of the range has not been reached, then the method **750** proceeds back to block **756**.

At block **762**, a determination is made as to whether the repetition speed has exceeded a threshold repetition speed. In one implementation, the threshold speed may be a percentage of a target repetition speed (e.g., 10%, 20%, 30%, etc. of the target speed). If the threshold speed has been exceeded, then the method **750** proceeds to block **764** where an indication to the user is generated, and a position of a handle of the exercise device is held until a force threshold is reached. In one implementation, the position of the handle is held (e.g., maintained by the motor) until a force applied by the user is above a threshold value for maintaining a repetition speed within a target range set by the threshold repetition speed. If the threshold repetition speed was not exceeded, then the method **750** proceeds to block **766**.

At block **766**, if it is determined that an end of release has been reached (e.g., the user is at a fully relaxed position), then the method **750** ends. Otherwise, the method **750** proceeds to block **768** where a delay occurs before returning to block **762**.

In some implementations, the exercise devices may prevent injury to the user by decreasing resistance or decreasing tension of the tension lines if, for example, the user exceeds a predetermined degree of flexation (e.g., a predetermined degree of knee flexation during a dead lift exercise). For example, for a given exercise and based on a height, body type, weight, etc. of the user, limits may be set for the exercise device and enforced by the exercise device in response to determining that a displacement of the handle has exceeded a range of the limits. In one implementation, the limits may be enforced by causing a motor of an exercise device to lock. In one implementation, the user may be warned by a client device (e.g., a visual or audio warning) that he/she has exceeded the limit.

Referring once again to FIG. 7A, after executing the method **750**, the method **700** proceeds to block **714** where a determination is made as to whether the exercise set is complete. If the exercise set is not complete, then the method **700** proceeds back to block **712** where another repetition is enforced. If the exercise set is complete, then the method **700** proceeds to block **716**, where a determination is made as to whether the exercise program is complete. If the exercise program is not complete, then the method **700** proceeds to block **718** where a rest time duration occurs. In one implementation, the rest time duration may have been previously defined and stored in the set table data. After the rest period, the method **700** proceeds to block **706** where another exercise set is selected. In one implementation, the newly selected exercise set may correspond to a next set of the current exercise. In one implementation, the newly selected exercise set may correspond to a set of a different exercise.

If, at block **716**, it is determined that the exercise program has been completed, then the method **700** proceeds to block **720** where exercise progress is saved (e.g., stored as exercise history data **324**A) and the exercise program is updated. In one implementation, block **720** is performed by the program generation module **306**. In one implementation, block **710** may further execute the method **780**, which is described below with respect to FIG. 7C. In one implementation, the method **780** may be executed for each exercise performed in the scheduled exercise program. In one implementation, the method **780** may be executed in response to determining that the user has successfully completed the scheduled exercise program. In one implementation, the method **780** may not be executed in response to determining that the user has failed to complete the scheduled exercise program. In one implemen-

tation, it may be determined that the user has failed to complete the scheduled exercise program in response to determining that the user was unable to complete all sets and all repetitions during execution of the exercise program (e.g., within a pre-determined workout session time duration). In one implementation, it may be determined that the user has failed to complete the scheduled exercise program in response to determining that the user exceeded a repetition speed and/or range threshold more than a predetermined number of times during execution of the exercise program.

Referring to FIG. 7C, the method **780** begins at block **782** where a determination is made as to whether a number of sets of a particular exercise is equal to a threshold number of sets. In one implementation, the threshold number of sets may be 2. In other implementations, the threshold number of sets may be different (e.g., 3, 4, etc.). If the number of sets is equal to the threshold number of sets, then the method **780** proceeds to block **784** where a number of repetitions for each of the sets of the particular exercise is incremented. In one implementation, the number of repetitions is incremented by 1. In other implementations, the number of repetitions is incremented by a different number (e.g., 2, 3, etc.). The method **780** then proceeds to block **788**. If the number of sets is not equal to the threshold number of sets, then the method **780** proceeds to block **786** where the number of sets for the particular exercise is incremented. In one implementation, the number of sets is incremented by 1. In other implementations, the number of sets is incremented by a different number (e.g., 2, 3, etc.).

At block **788**, a determination is made as to whether the total number of repetitions per set for the particular exercise has increased by a threshold number of repetitions compared to an initial number of repetitions. In one implementation, the threshold number of repetitions corresponds to a 20% increase in the initial number of repetitions. In other implementations, the threshold number of repetitions corresponds to a different increase in the initial number of repetitions (e.g., 10%, 30%, etc.). In one implementation, the initial number of repetitions may be determined from exercise history data, and the initial number of repetitions may correspond to the repetitions determined when the set table data was first generated for the user.

If, at block **788**, it is determined that the total number of repetitions is greater than or equal to the threshold number of repetitions, the method **780** proceeds to block **790**. Otherwise, the method **780** proceeds to block **792**.

At block **790**, a resistance of the particular exercise is increased. In one implementation, the resistance is increased by a fraction of its current value. In one implementation, the resistance is increased by a fraction of its initial value. In one implementation, the fraction is 5%. In other implementations, the fraction is a different number (e.g., 10%, 15%, 20%, etc.). In one implementation, the number of sets and/or the number of repetitions per set are reset to their initial values (e.g., their values when the set table data was generated).

At block **792**, a determination is made as to whether the resistance for the particular exercise has increased by a threshold resistance compared to an initial resistance. In one implementation, the threshold resistance corresponds to a 50% increase in the initial resistance. In other implementations, the threshold resistance corresponds to a different increase in the initial resistance (e.g., 10%, 20%, 30%, 40%, 60%, etc.). In one implementation, the initial resistance may be determined from exercise history data, and the initial resistance may correspond to the resistance determined when the set table data was first generated for the user.

If, at block **792**, it is determined that the resistance is greater than or equal to the threshold resistance, the method **780** proceeds to block **794**. Otherwise, the method **780** proceeds to block **796**.

At block **794**, a repetition speed of the particular exercise is decreased. In one implementation, the repetition speed may be decreased by a fixed amount. In one implementation, the repetition speed may be set to a pre-defined lower repetition speed. In one implementation, the repetition speed may be divided by a factor (e.g., a factor of 2, such that the initial repetition speed of 1 rep per 4 seconds is decreased to 1 rep per 8 seconds).

At block **796**, a determination is made as to whether the repetition speed of the particular exercise is less than or equal to a minimum repetition speed for the particular exercise. In one implementation, the minimum repetition speed is 1 rep per 16 seconds. In other implementations, the minimum repetition speed may is different (e.g., 1 rep per 14 seconds, 1 rep per 15 seconds, 1 rep per 17 seconds, etc.).

If, at block **796**, it is determined that the repetition speed is less than the minimum repetition speed (or less than or equal to in some implementations), then the method **780** proceeds to block **798**. Otherwise, the method **780** ends. In one implementation, at block **798**, a new exercise program is generated for the user (e.g., by executing the method **500**). This may occur when the user has improved his/her performance over the course of several scheduled workouts, and the user's one-rep maxima for each exercise has increased as a result. A new exercise program may be generated based at least partially on new one-rep maxima obtained for each exercise to be included in the new exercise program.

Referring once again to FIG. 7A, after executing the method **780**, the method **700** ends.

Referring once again to FIG. **4**, after executing the method **700**, the method **400** ends. The method **400** may be repeated continuously. In some implementations, less than all of the blocks of the method **400** may be performed.

For simplicity of explanation, the methods of this disclosure are depicted and described as a series of acts. However, acts in accordance with this disclosure can occur in various orders and/or concurrently, and with other acts not presented and described herein. Furthermore, not all illustrated acts may be required to implement the methods in accordance with the disclosed subject matter. In addition, those skilled in the art will understand and appreciate that the methods could alternatively be represented as a series of interrelated states via a state diagram or events. Additionally, it should be appreciated that the methods disclosed in this specification are capable of being stored on an article of manufacture, such as a computer-readable device or storage medium, to facilitate transporting and transferring such methods to computing devices. Accordingly, the term "article of manufacture", as used herein, is intended to include a computer program accessible from any computer-readable device or storage medium.

FIG. **8** illustrates a diagrammatic representation of a machine in the exemplary form of a computer system **800** within which a set of instructions, for causing the machine to perform any one or more of the methodologies discussed herein, may be executed. In alternative implementations, the machine may be connected (e.g., networked) to other machines in a LAN, an intranet, an extranet, or the Internet. The machine may operate in the capacity of a server or a client machine in client-server network environment, or as a peer machine in a peer-to-peer (or distributed) network environment. The machine may be a personal computer (PC), a tablet PC, a set-top box (STB), a Personal Digital Assistant (PDA), a cellular telephone, a web appliance, a server, a network

router, switch or bridge, or any machine capable of executing a set of instructions (sequential or otherwise) that specify actions to be taken by that machine. Further, while only a single machine is illustrated, the term "machine" shall also be taken to include any collection of machines that individually or jointly execute a set (or multiple sets) of instructions to perform any one or more of the methodologies discussed herein. Some or all of the components of the computer system **800** may be utilized by or illustrative of any of the client devices **110**A-**110**Z, the exercise server **120**, any of the exercise devices **130**A-**130**Z (e.g., any of motor control units **132**A-**132**Z), and the data store **140**.

The exemplary computer system **800** includes a processing device (processor) **802**, a main memory **804** (e.g., read-only memory (ROM), flash memory, dynamic random access memory (DRAM) such as synchronous DRAM (SDRAM) or Rambus DRAM (RDRAM), etc.), a static memory **806** (e.g., flash memory, static random access memory (SRAM), etc.), and a data storage device **818**, which communicate with each other via a bus **808**.

Processor **802** represents one or more general-purpose processing devices such as a microprocessor, central processing unit, or the like. More particularly, the processor **802** may be a CISC microprocessor, a RISC microprocessor, a VLIW microprocessor, or a processor implementing other instruction sets or processors implementing a combination of instruction sets. The processor **802** may also be one or more special-purpose processing devices such as an ASIC, an FPGA, a DSP, a network processor, or the like. The processor **802** is configured to execute instructions **826** for performing the operations and steps discussed herein.

The computer system **800** may further include a network interface device **822**. The computer system **800** also may include a video display unit **810** (e.g., a liquid crystal display (LCD), a cathode ray tube (CRT), or a touch screen), an alphanumeric input device **812** (e.g., a keyboard), a cursor control device **814** (e.g., a mouse), and a signal generation device **820** (e.g., a speaker). In some implementations, the signal generation device **820** may include a vibrational actuator (e.g., for providing haptic feedback).

The data storage device **818** may include a computer-readable storage medium **824** on which is stored one or more sets of instructions **826** (e.g., software) embodying any one or more of the methodologies or functions described herein. The instructions **826** may also reside, completely or at least partially, within the main memory **804** and/or within the processor **802** during execution thereof by the computer system **800**, the main memory **804** and the processor **802** also constituting computer-readable storage media. The instructions **826** may further be transmitted or received over a network **874** (e.g., the network **150**) via the network interface device **822**.

In one implementation, the instructions **826** include instructions for one or more program management components **300**, which may correspond to the identically-named counterpart described with respect to FIGS. **1** and **3**. While the computer-readable storage medium **824** is shown in an exemplary implementation to be a single medium, the terms "computer-readable storage medium" or "machine-readable storage medium" should be taken to include a single medium or multiple media (e.g., a centralized or distributed database, and/or associated caches and servers) that store the one or more sets of instructions. The terms "computer-readable storage medium" or "machine-readable storage medium" shall also be taken to include any transitory or non-transitory medium that is capable of storing, encoding or carrying a set of instructions for execution by the machine and that cause the machine to perform any one or more of the methodologies of the present disclosure. The terms "computer-readable storage medium" or "machine-readable storage medium" shall accordingly be taken to include, but not be limited to, solid-state memories, optical media, and magnetic media.

In the foregoing description, numerous details are set forth. It will be apparent, however, to one of ordinary skill in the art having the benefit of this disclosure, that the present disclosure may be practiced without these specific details. In some instances, well-known structures and devices are shown in block diagram form, rather than in detail, in order to avoid obscuring the present disclosure.

Some portions of the detailed description may have been presented in terms of algorithms and symbolic representations of operations on data bits within a computer memory. These algorithmic descriptions and representations are the means used by those skilled in the data processing arts to most effectively convey the substance of their work to others skilled in the art. An algorithm is herein, and generally, conceived to be a self-consistent sequence of steps leading to a desired result. The steps are those requiring physical manipulations of physical quantities. Usually, though not necessarily, these quantities take the form of electrical or magnetic signals capable of being stored, transferred, combined, compared, and otherwise manipulated. It has proven convenient at times, principally for reasons of common usage, to refer to these signals as bits, values, elements, symbols, characters, terms, numbers, or the like.

It should be borne in mind, however, that all of these and similar terms are to be associated with the appropriate physical quantities and are merely convenient labels applied to these quantities. Unless specifically stated otherwise as apparent from the following discussion, it is appreciated that throughout the description, discussions utilizing terms such as "sending", "receiving", "transmitting", "forwarding", "caching", "causing", "providing", "generating", "adding", "subtracting", "removing", "analyzing", "determining", "enabling", "identifying", "modifying" or the like, refer to the actions and processes of a computer system, or similar electronic computing device, that manipulate and transform data represented as physical (e.g., electronic) quantities within the computer system's registers and memories into other data similarly represented as physical quantities within the computer system memories or registers or other such information storage, transmission or display devices.

The disclosure also relates to an apparatus, device, or system for performing the operations herein. This apparatus, device, or system may be specially constructed for the required purposes, or it may include a general purpose computer selectively activated or reconfigured by a computer program stored in the computer. Such a computer program may be stored in a computer- or machine-readable storage medium, such as, but not limited to, any type of disk including floppy disks, optical disks, compact disk read-only memories (CD-ROMs), and magnetic-optical disks, read-only memories (ROMs), random access memories (RAMs), EPROMs, EEPROMs, magnetic or optical cards, or any type of media suitable for storing electronic instructions.

The words "example" or "exemplary" are used herein to mean serving as an example, instance, or illustration. Any aspect or design described herein as "example" or "exemplary" is not necessarily to be construed as preferred or advantageous over other aspects or designs. Rather, use of the words "example" or "exemplary" is intended to present concepts in a concrete fashion. As used in this application, the term "or" is intended to mean an inclusive "or" rather than an exclusive "or". That is, unless specified otherwise, or clear from context, "X includes A or B" is intended to mean any of

the natural inclusive permutations. That is, if X includes A; X includes B; or X includes both A and B, then "X includes A or B" is satisfied under any of the foregoing instances. In addition, the articles "a" and "an" as used in this application and the appended claims should generally be construed to mean "one or more" unless specified otherwise or clear from context to be directed to a singular form. Reference throughout this specification to "an implementation" or "one implementation" means that a particular feature, structure, or characteristic described in connection with the implementation is included in at least one implementation. Thus, the appearances of the phrase "an implementation" or "one implementation" in various places throughout this specification are not necessarily all referring to the same implementation. Moreover, it is noted that the "A-Z" notation used in reference to certain elements of the drawings is not intended to be limiting to a particular number of elements. Thus, "A-Z" is to be construed as having one or more of the element present in a particular implementation.

It is to be understood that the above description is intended to be illustrative, and not restrictive. Many other implementations will be apparent to those of skill in the art upon reading and understanding the above description. The scope of the disclosure should, therefore, be determined with reference to the appended claims, along with the full scope of equivalents to which such claims are entitled.

What is claimed is:

**1**. A method of using an exercise device, the method comprising:

identifying, by a processing device, one or more parameters of a user;

identifying, by the processing device, force data associated with the user, the force data corresponding to a force measured while the user performed an exercise;

generating, by the processing device, an exercise program to be executed using the exercise device; and

computing, by the processing device, a resistance to be applied by the exercise device during execution of the exercise program, wherein computing the resistance comprises multiplying the force by a fractional multiplier selected based on the one or more parameters of the user.

**2**. The method of claim **1**, wherein the force corresponds to a one-rep maximum of the user for the exercise.

**3**. The method of claim **1**. further comprising:

generating, by the processing device, an indication to the user to perform the exercise; and

causing the exercise device to apply the resistance as the user performs the exercise.

**4**. The method of claim **1**, wherein identifying the force data comprises:

generating, by the processing device, an indication to the user to perform the exercise;

receiving the force data from the exercise device as the user applies a force to a handle of the exercise device, wherein the exercise device captures the force data over a time duration, and wherein the exercise device maintains a relative location of the handle as the user applies the force to the handle during the time duration;

computing one-rep maximum data based on the force data: and

storing, in a memory communicatively coupled to the processing device, the one-rep maximum data for the exercise.

**5**. The method of claim **1**, wherein generating the exercise program comprises: generating set table data comprising one or more of a number of sets to be performed for the exercise, a number of repetitions to be performed for a respective set the exercise, an initial resistance for the exercise, or a repetition speed for the exercise; and storing the set table data in a memory communicatively coupled to the processing device.

**6**. The method of claim **1**. further comprising:

determining, for the exercise, a time duration, wherein the time duration corresponds to a total workout time to perform a respective number of sets and a respective number of repetitions for the exercise; and

generating schedule data based on at least one of the time duration of the exercise, a user- preferred time, or an exercise goal.

**7**. The method of claim **1**, wherein identifying the one or more parameters comprise receiving the one or more parameters as user inputs at a client device.

**8**. The method of claim **1**, wherein the one or more parameters comprise an exercise goal of the user, and wherein the fractional multiplier is selected based on the exercise goal of the user.

**9**. The method of claim **1**, wherein the exercise device comprises the processing device.

**10**. The method of claim **1**, wherein client device comprises the processing device, and wherein the client device is communicatively coupled to the exercise device.

* * * * *