AO 120 (Rev. 08/10)

| TO: **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Eastern District of Texas Marshall Division on the following

☐ Trademarks or ☑ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED<br>5/1/2026 | U.S. DISTRICT COURT<br>Eastern District of Texas Marshall Division |
|---|---|---|
| PLAINTIFF<br>TONAL SYSTEMS, INC. | | DEFENDANT<br>SHENZHEN SPEEDIANCE LIVING TECHNOLOGY CO., LTD |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 US 10,661,112 | 5/26/2020 | TONAL SYSTEMS, INC. |
| 2 US 8,287,434 | 10/16/2012 | TONAL SYSTEMS, INC. |
| 3 US 10,960,258 | 3/30/2021 | TONAL SYSTEMS, INC. |
| 4 US 11,554,287 | 1/17/2023 | TONAL SYSTEMS, INC. |
| 5 US 11,389,687 | 7/19/2022 | TONAL SYSTEMS, INC. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED<br>11/8/2023 | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☑ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 US 9,101,791 | 8/11/2015 | TONAL SYSTEMS, INC. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director Copy 4—Case file copy**