**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| TONAL SYSTEMS, INC.,<br><br>Plaintiff,<br>v.<br><br>SHENZHEN SPEEDIANCE LIVING TECHNOLOGY CO., LTD,<br><br>Defendant. | Civil Action No. ________ |

**PLAINTIFF TONAL SYSTEMS, INC.'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Tonal Systems, Inc. states that it does not have a parent corporation and no publicly held company owns 10% or more of its stock.

Dated: May 1, 2026

MORRISON & FOERSTER LLP

By: */s/ Timothy C. Saulsbury*

Timothy C. Saulsbury (CA Bar No. 281434)
*Lead Counsel*
Joyce C. Li (*pro hac vice* forthcoming)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
(415) 268-7000

Sara Doudar (*pro hac vice* forthcoming)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 200
San Diego, CA 92130
(858) 720-5100

*Attorneys for Plaintiff Tonal Systems, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2026, a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF Electronic Filing System.

*/s/ Timothy C. Saulsbury*
Timothy C. Saulsbury